UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENRIQUE EUGENE CENTENO,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

Hon. Phillip J. Green

Case No. 1:20-cv-475

## **JUDGMENT**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Commissioner's decision is **AFFIRMED**.

Date: June 14, 2021

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge